## 58644. DUKE v. THE STATE.

SMITH, Judge.

"In lieu of sending up a transcript of record, the parties may by agreement file a stipulation of the case showing how the questions arose and were decided in the trial court, together with a sufficient statement of facts to enable the appellate court to pass upon the questions presented therein. Before being transmitted to the appellate court, the stipulation *shall be approved by the trial judge or the presiding judge of the court where the case is pending.*" (Emphasis supplied.) Ga. L. 1965, pp. 18, 24 (Code Ann. § 6-805 (i)). Although a stipulation of fact has

been filed in this case, it has not been approved as required by law. All enumerations of error requiring a consideration of the evidence are therefore without merit. *Holloway v. Poppell,* 114 Ga. App. 531 (152 SE2d 4) (1966); *Nixdorf Enterprises v. Bell,* 127 Ga. App. 617 (194 SE2d 486) (1972). Since all of appellant's enumerations of error relate to evidentiary errors allegedly committed in the proceeding below, the judgment must be affirmed.

*Judgment affirmed. Quillian, P. J., and Birdsong, J., concur.*

SUBMITTED OCTOBER 17, 1979 — DECIDED JANUARY 21, 1980.

*Robert J. Evans,* for appellant.
*F. Larry Salmon, District Attorney,* for appellee.